**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOSEPH BULLARD,**

      **Plaintiff,**

**v.**                         **Case No.: 4:25-cv-00446-MW/MAF**

**CUMULUS BROADCASTING, LLC,**

      **Defendant.**

_____/

**PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO AMEND AND/OR MOTION TO STRIKE**

Plaintiff, JOSEPH BULLARD by and through the undersigned counsel, and pursuant to pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.1, hereby files this Motion for Extension of Time to Respond to Defendant's Motion to Dismiss or in the Alternative, Motion for Leave to Amend and/or Motion to Strike, and in support states as follows:

1.     On November 9, 2025, Plaintiff filed a Consented Motion for Leave to File an Amended Complaint [Doc. 8] to name the proper defendant, which this Court granted on November 10, 2025 [Doc. 9].

2. On November 12, 2025, Plaintiff filed his Amended Complaint [Doc. 10] substituting Defendant Cumulus Media, Inc. to name Cumulus Broadcasting, LLC.

3. On November 21, 2025, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint and Supporting Memorandum of Law [Doc. 13], and attached two (2) exhibits, 13-1 and 13-2. Plaintiff's response to the Defendant's Motion to Dismiss the Amended Complaint and Supporting Memorandum is due on December 5, 2025.

4. In early November, counsel for Plaintiff faced a recurring medical issue which impacted several cases, including the instant matter. More specifically, a Middle District matter styled Alford v. Pasco-Pinellas Hillsborough Community Health System, Inc. d/b/a Advent Health Wesley Chapel, Case No. 8:25-cv-00094-VMC-SPF ("*Alford*") began the domino effect of having to reschedule proceedings and request brief extensions to response deadlines. Due to the illness and recovery time, Plaintiff's deposition in this Hillsborough County matter, originally scheduled for November 5, 2025 in Tampa, Florida, had to be rescheduled for November 24, 2025, with mediation scheduled for one week thereafter on December 1, 2025. Both the deposition and mediation required in person attendance with a total of four (4) days of driving/travel time, (two roundtrips from Tallahassee to Tampa and return from Tampa back to Tallahassee).

5.      An additional matter styled <u>Sharicka Reed v. Morris Young, Sheriff of Gadsden County, in his Official Capacity as Sheriff of Gadsden County</u>, Case No. 4:25-cv-113-AW-MAF ("*Reed*") also required an extension to respond to a motion due on December 5, 2025, which the Court granted on December 3, 2025.

6.      Unfortunately, despite best efforts to catch up after recovering from the illness, time away from the office for travel, coupled with the Thanksgiving holiday, it was not possible to meet all response deadlines of December 5, 2025.

7.      Moreover, in the instant matter, after further assessing the claims, additional facts have been brought forth.  As a result, Plaintiff has not yet determined if a response is necessary or if leave to amend is required to add facts which provide further clarity regarding actions taken by Defendant prior to Plaintiff's alleged termination.

8.      In the alternative, Plaintiff's extension of time to respond may require a motion to strike as Defendant has attached and relied upon documents/emails outside the four corners of the complaint, essentially converting its Motion to Dismiss the Amended Complaint into a Motion for Summary Judgement.

9.      Thus, counsel for Plaintiff requests a seven (7) day extension up to and including Friday, December 12, 2025 to determine if a response to Defendant's Motion to Dismiss is necessary, accompanied by a Motion to Strike, or in the

alternative, Plaintiff requests leave to amend to file a second amended complaint to include additional facts to support the age claim.

10.    The requested seven (7) day extension will not prejudice any party and this motion does not request an extension of any other deadlines with all other dates remaining intact as outlined in the Scheduling and Mediation Order [Doc. 14].

11.    Counsel for Plaintiff has conferred with counsel for Defendant and there is no opposition to the seven (7) day extension of time to respond to the Motion to Dismiss.  Counsel for Defendant is opposed to Plaintiff's Motion for Leave to Amend to additional facts until such time as Plaintiff states the facts to be added. Counsel for Plaintiff did not have the opportunity to confer regarding the alternative Motion to Strike; however, given opposition to the requested relief for leave to amend, it is anticipated that counsel for Defendant will be opposed to a Motion to Strike.

12.    This Motion is made in good faith and not for the purpose of delaying this matter.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Honorable Court to enter an order granting the Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment and grant any other relief this Court deems just and proper.

Dated this 5th day of December 2025.

Respectfully submitted,

/s/ Farnita Saunders Hill
Farnita Saunders Hill, Esq. [FBN 1012158]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
Primary Email: farnita@mattoxlaw.com
Secondary Email:
rachel.spencer@mattoxlaw.com
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December 2025, a true and correct copy of the foregoing document was filed via CM/EF, which will electronically serve copies to all counsel of record.

/s/ Farnita Saunders Hill
Farnita Saunders Hill

## CERTIFICATE OF WORD COUNT

I HEREBY CERTIFY that this Motion was prepared using word processing software and that it contains 913 words.

/s/ Farnita Saunders Hill
Farnita Saunders Hill