# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JOSEPH BULLARD,**

    *Plaintiff,*

**v.**                                     **Case No.: 4:25cv446-MW/MAF**

**CUMULUS BROADCASTING, LLC,**

    *Defendant.*

_____/

## ORDER GRANTING PARTIALLY UNOPPOSED
## MOTION FOR EXTENSION

This Court has considered, without hearing, Plaintiff's partially unopposed motion for extension, ECF No. 18, seeking a 7-day extension of time to respond to the motion to dismiss, to file a motion to strike, or in the alternative, a motion for leave to amend. The motion, ECF No. 18, is **GRANTED**. To streamline things, Plaintiff must file a motion to dismiss and a motion to strike, if Plaintiff deems necessary, or Plaintiff must file an amended complaint **on or before December 12, 2025**. In so stating, this Court recognizes that Defendant may have to renew its motion to dismiss if an amended complaint is filed, which this Court will consider in due time.

    **SO ORDERED on December 8, 2025.**

                                **s/Mark E. Walker**
                                **United States District Judge**